Case 1:22-mj-00122-JFA   Document 1   Filed 05/16/22   Page 1 of 1 PageID# 1

AO 442 (Rev. 11/11) Arrest Warrant

#11422991

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DOUGLAS FARQUHAR MACRAE

)
)  Case: 1:22-mj-00106
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 5/12/2022
)  Description: COMPLAINT W/ ARREST WARRANT
)

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    DOUGLAS FARQUHAR MACRAE ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: 05/12/2022

2022.05.12 12:53:35 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.          Robin M. Meriweather, U.S. Magistrate Judge
                                             *Printed name and title*

**Return**

This warrant was received on *(date)* 5/12/22 , and the person was arrested on *(date)* 5/16/22
at *(city and state)* Arlington, VA

Date: 5/16/22

*Arresting officer's signature*

Special Agent Matthew Riser /FBI
*Printed name and title*